# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN THOMAS WILKINSON AND
JESSICA KEMMERLY WILKINSON

VERSUS

WHIT GREEN HOME INSPECTIONS,
LLC, CHARLES W. GREEN,
CHRISTOPHER MICHAEL KENNEDY,
HILARY SMITH KENNEDY,
NATASHA AMAYA ENGLE, RED
STICK PARTNERS, L.L.C.

NO.  2024 CW 0770

NOVEMBER 4, 2024

---

In Re:   Christopher Michael Kennedy and Hilary Smith Kennedy, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 696323.

---

BEFORE:   **WELCH, CHUTZ, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's July 14, 2024 judgment that granted the motion for partial summary judgment and July 19, 2024 judgment that granted the motion to set error damages trial and confirm active claims, filed by plaintiffs, John Thomas Wilkinson and Jessica Kemmerly Wilkinson, are vacated. Defendants, Christopher Michael Kennedy and Hilary Smith Kennedy, raised objections to the evidence submitted by plaintiffs, but the district court failed to rule on the admissibility of such evidence in accordance with La. Code Civ. P. art. 966(D)(2), which provides that the court shall specifically state on the record or in writing whether it sustains or overrules the objections raised. This matter is remanded to the district court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on plaintiffs' motions.

**JEW**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT